UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Peter LaChapelle

    v.                       Civil No. 17-cv-233-JL

Nashua District Court et al.

**REPORT AND RECOMMENDATION**

    Plaintiff Peter LaChapelle has filed a complaint (Doc. No. 1) initiating this action without paying the filing fee or filing a complete application to proceed in forma pauperis. The court ordered LaChapelle to do so by August 14, 2017, which he has not done. At this point, it appears that LaChapelle has abandoned this action. Accordingly, the district judge should enter an order dismissing this action and closing this case, without prejudice to LaChapelle's filing a new action.

    Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen day period may be extended upon motion. Failure to file specific written objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

                                                  *Andrea K. Johnstone*
                                                  Andrea K. Johnstone
                                                  United States Magistrate Judge

August 31, 2017

cc:   Peter LaChapelle, pro se